IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA ROCCO,<br>　　　　*Plaintiff,*<br><br>　　v.<br><br>FARMERS INSURANCE EXCHANGE et al.,<br>　　　　*Defendants.* | Civil No. 24-209 |

## ORDER

**AND NOW**, this 7th day of February, 2025, upon consideration of Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 41) and Plaintiff's Response (ECF No. 42), it is hereby **ORDERED** that Defendant's motion is **GRANTED**. Paragraphs 48–52, 54–56, 58–62, 64–66, 69–70, 72, 103–07, 119, 124(o), 124(s), and 124(t) of Plaintiff's Amended Complaint (ECF No. 40) are **STRICKEN** for the reasons stated in the accompanying memorandum. **IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint consistent with this Order no later than February 17, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Mary Kay Costello*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARY KAY COSTELLO, J.